1  LYNN HUBBARD III, SBN 69773
   **LAW OFFICES OF LYNN HUBBARD**
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone:  (530) 895-3252
   Facsimile:  (530) 894-8244
4  Email:  USDCEast@HubsLaw.com

5  Attorney for Plaintiff

6  KATARZYNA NOWAK, SBN 256977
   **FISHER & PHILLIPS, LLP**
7  One Embarcadero Center, Suite 2340
   San Francisco, CA  94111
8  Telephone:  (415) 490-9000
   Facsimile:  (415) 490-9001
9  Email:  knowak@laborlawyers.com

10 Attorney for Defendant
   PRB Management, LLC
11

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PRB MANAGEMENT, LLC dba TACO BELL #003759; WILLETT LAND COMPANY, INC.,<br><br>    Defendants.<br>_____/ | Case No.  2:13-cv-01495-MCE-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, BRENDA PICKERN, and defendant, PRB MANAGEMENT, LLC dba TACO BELL #003759, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 22, 2013    LAW OFFICES OF LYNN HUBBARD

       /s/ Lynn Hubbard /
LYNN HUBBARD III
Attorney for Plaintiff

Dated: October 22, 2013    FISHER & PHILLIPS, LLP

       /s/ Katarzyna Nowak /
KATARZYNA NOWAK
Attorney for Defendant PRB Management, LLC

## ORDER

The complaint of plaintiff, USDC Case No. 2:13-cv-01495-MCE-DAD, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT