LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

KATARZYNA NOWAK, SBN 256977
**FISHER & PHILLIPS, LLP**
One Embarcadero Center, Suite 2340
San Francisco, CA 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
Email: knowak@laborlawyers.com

Attorney for Defendant
PRB Management, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>  Plaintiff,<br><br>  vs.<br><br>PRB MANAGEMENT, LLC dba TACO BELL #003759; WILLETT LAND COMPANY, INC.,<br><br>  Defendants.<br>_____/ | Case No. 2:13-cv-01495-MCE-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Page 1

Plaintiff, BRENDA PICKERN, and defendant, PRB MANAGEMENT, LLC dba TACO BELL #003759, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 22, 2013    LAW OFFICES OF LYNN HUBBARD

 /s/  Lynn Hubbard             /
LYNN HUBBARD III
 Attorney for Plaintiff

Dated: October 22, 2013    FISHER & PHILLIPS, LLP

 /s/  Katarzyna Nowak          /
KATARZYNA NOWAK
Attorney for Defendant PRB Management, LLC

### ORDER

The complaint of plaintiff, USDC Case No. 2:13-cv-01495-MCE-DAD, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT